*Edward Maum Sheehy* and *Ronald D. Williams,* in support of the petition.

*John S. McGeeney* and *Lawrence W. Kanaga,* in opposition.

Decided October 26, 1988

## STATE OF CONNECTICUT *v.* LUIS ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 749, is denied.

*John W. Watson,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988

## DONALD GALLAND *v.* GEORGE D. BRONSON, WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 54, is denied.

*Donald Galland,* pro se, in support of the petition.

*James A. Killen,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988

## STATE OF CONNECTICUT *v.* RICHARD SMITH

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 156, is denied.

*Katherine M. Delisle,* in support of the petition.

*Mary H. Lesser,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988